# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL E. DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>R. DIAZ, et al.,<br><br>    Defendants. | CASE NO. 1:12-cv-01296-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION BE DENIED<br><br>(ECF Nos. 3 & 15) |

Plaintiff Miguel E. Diaz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on August 9, 2012. Plaintiff also filed a motion for a temporary restraining order and preliminary injunction on August 9, 2012. (ECF No. 3.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On February 15, 2013, the Magistrate Judge issued a findings and recommendations recommending to deny Plaintiff's motion for a temporary restraining order and preliminary injunction. (ECF No. 15.) Plaintiff did not file any objections to the findings and recommendations.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that the Court adopts the findings and recommendations filed on February 15, 2013 (Doc .No. 15), in full, and Plaintiff's motions (Doc. No. 3) are DENIED.

IT IS SO ORDERED.

Dated:    June 20, 2013

_____
SENIOR  DISTRICT  JUDGE