UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL E. DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. DIAZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-01296-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>[ECF No. 25] |

　　　　Plaintiff Miguel E. Diaz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 9, 2013, Plaintiff filed a motion for a court order to release him from "contact isolation." The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 6, 2013, the Magistrate Judge issued Findings and Recommendations to denying Plaintiff's motion for injunctive relief, which was served on Plaintiff and contained notice to the that Objections to the Findings and Recommendations were to be filed within thirty days. No Objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on November 6, 2013, is adopted in full; and

2. Plaintiff's motion for a court order to release him from "contact isolation" is DENIED.

IT IS SO ORDERED.

Dated:   January 2, 2014

_____
SENIOR  DISTRICT  JUDGE

2