# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL E. DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. DIAZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-01296-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>[ECF No. 33] |

　　　Plaintiff Miguel E. Diaz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On February 3, 2014, Plaintiff filed a notice of change of address and second request for an extension of time to file an amended complaint in compliance with the Court's November 14, 2013, order.

　　　Good cause having been presented to the Court,

　　　IT IS HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

　Dated: __February 24, 2014__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1