1

2

3

4

5

6

7

8
**UNITED STATES DISTRICT COURT**

9
**EASTERN DISTRICT OF CALIFORNIA**

10

11
MIGUEL E. DIAZ,

12
   Plaintiff,

13
  v.

14
R. DIAZ, et al.,

15
   Defendants.

16

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:12-cv-01296-AWI-SAB (PC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATION DENYING PLAINTIFF
MOTION FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION

[ECF Nos. 27, 30]

17
   Plaintiff Miguel E. Diaz is appearing pro se and in forma pauperis in this civil rights action

18
pursuant to 42 U.S.C. § 1983.

19
   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

20
636(b)(1)(B) and Local Rule 302.  On December 31, 2013, the Magistrate Judge filed a Findings and

21
Recommendations which was served on Plaintiff and contained notice that Objections to the Findings

22
and Recommendations were to be filed within thirty days.  No Objections were filed.

23
   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de*

24
*novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

25
Recommendations to be supported by the record and by proper analysis.

26
///

27
///

28
///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed on December 31, 2013, (Doc. No. 30) is adopted in full; and

2.      Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. No. 27) filed on December 12, 2013, is DENIED.

IT IS SO ORDERED.

Dated:   March 5, 2014                                   
SENIOR   DISTRICT   JUDGE