1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                    **EASTERN DISTRICT OF CALIFORNIA**

10

11    MIGUEL E. DIAZ,                          )    Case No.: 1:12-cv-01296-AWI-SAB (PC)
                                               )
12                        Plaintiff,           )
                                               )    FINDINGS AND RECOMMENDATION
13            v.                                )    RECOMMENDING DISMISSAL OF ACTION
                                               )    FOR FAILURE TO OBEY A COURT ORDER
14    R. DIAZ, et al.,                          )
                                               )    [ECF No. 39]
15                        Defendants.          )
                                               )
16    _____         )

17            Plaintiff Miguel E. Diaz is appearing pro se and in forma pauperis in this civil rights action

18    pursuant to 42 U.S.C. § 1983.

19            On June 6, 2014, the Court dismissed Plaintiff's second amended complaint with leave to

20    amend for failure to state a cognizable claim for relief.  Plaintiff's third amended complaint was due

21    within thirty days from the date of service of that order.  The thirty day time frame has expired and

22    Plaintiff has failed to file a third amended complaint or otherwise respond to the Court's order.  As a

23    result, there is no pleading on file which sets forth any claims upon which relief may be granted under

24    section 1983.  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned

25    HEREBY RECOMMENDS that this action be dismissed based on Plaintiff's failure to state any

26    claims upon which relief may be granted under section 1983.

27            Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned

28    HEREBY RECOMMENDS that this action be dismissed based on Plaintiff's failure to state any

                                                     1

claims upon which relief may be granted under section 1983.   This dismissal is also subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Di Vittorio, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fifteen (15) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   __July 22, 2014__

UNITED STATES MAGISTRATE JUDGE

2